Exhibit "C"

 david kasell <dkasellesq@gmail.com>

## Case# 01-21-0003-7639- Sean Michael Murray vs DCH Toyota City
1 message

**Consumer Case Filing Team** <ConsumerFiling@adr.org>  Wed, Jul 7, 2021 at 3:42 PM
To: "Nicholas J. Pellegrino" <npellegrino@genovaburns.com>
Cc: Consumer Case Filing Team <ConsumerFiling@adr.org>, "david@kaselllawfirm.com" <david@kaselllawfirm.com>

Hello,

Please see attached the invoice requested to American Arbitration Association. Let this email confirm receipt of Paylink request. American Arbitration Association has sent the secure link to npellegrino@genovaburns.com please follow the instructions on the link. Please note this Paylink will expire within 48 hours and no PIN is required.

Thank You,

Consumer Case Filing Team



**Consumer Case Filing Team**

1101 Laurel Oak Road
Suite 100, Voorhees, NJ 08043
E: ConsumerFiling@adr.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

📄 **Invoice_012100037639.docx**
45K



| Statement Date | Amount Due |
|---|---|
| 7/29/2021 | $3,050.00 |
| Case # | |
| 01-21-0003-7639 | |

1101 Laurel Oak Road, Suite 100
Voorhees, NJ 08043
Telephone: (877) 495-4185

# Invoice

DCH Toyota City
Attn: Nicholas Pellegrino
Genova Burns Giantomasi & Webster, LLC
115 Broadway
15th Floor
New York, NY 10006

Sean Michael Murray
vs
DCH Toyota City



dress

| Statement Date | Case # | Previous Balance | Credits | New Charges | Statement Balance |
|---|---|---|---|---|---|
| 7/29/2021 | 01-21-0003-7639 | $0.00 | $0.00 | $3,050.00 | $3,050.00 |

| Date | Case Number or Invoice Number | Description | Amount | Credits | Balance | Due Date |
|---|---|---|---|---|---|---|
| 7/29/2021 | 01-21-0003-7639 | Initial Filing Fee | $3,050.00 | $0.00 | $3,050.00 | 7/7/2021 |

**Remarks**  For any inquiries please email consumerfiling@adr.org. Please make check payable to the American Arbitration Association.

EIN # 13-0429745

| Statement Balance | Balance Currently Due |
|---|---|
| $3,050.00 | $3,050.00 |

Please mail check to:   1101 Laurel Oak Road, Suite 100
                        Voorhees, NJ 08043
                        Telephone: (856)435-6401