Exhibit "D"



AMERICAN
ARBITRATION
ASSOCIATION®

INTERNATIONAL CENTRE
FOR DISPUTE RESOLUTION®

1101 Laurel Oak Road
Voorhees, NJ 08043

July 23, 2021

David Kasell, Esq.
Kasell Law Firm
1038 Jackson Avenue
Suite 4
Long Island City, NY 11101
Via Email to: david@kaselllawfirm.com

Nicholas Pellegrino, Esq.
Genova Burns Giantomasi & Webster, LLC
115 Broadway
15th Floor
Trinity Center
New York, NY 10006
Via Email to: npellegrino@genovaburns.com

**Case Number: 01-21-0003-7639**

Sean Michael Murray
-vs-
DCH Toyota City

Dear Parties:

As of this date we have not received the required fees from DCH Toyota City in this matter. Accordingly, we must decline to administer this case and have closed our file. According to R-1(d) of the Consumer Arbitration Rules, should the AAA decline to administer an arbitration, either party may choose to submit its dispute to the appropriate court for resolution.

Any payment submitted by a party will be refunded shortly.

Further, because DCH Toyota City failure to remit the foregoing constitutes a failure to adhere to our policies regarding consumer claims, we may decline to administer future consumer arbitrations involving DCH Toyota City. The AAA's consumer policies can be found on the AAA's website, www.adr.org . We request that DCH Toyota City remove the AAA name from its consumer arbitration clause so that there is no confusion to the public regarding our decision.

If DCH Toyota City advises the AAA in the future of its intention to comply with the AAA's Consumer Arbitration Rules and if applicable, resolves any outstanding payment obligations, the AAA may consider at its sole discretion, accepting newly filed consumer cases going forward.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

If you have any questions, please email ConsumerFiling@adr.org.

Sincerely,

Consumer Filing Team
Email: ConsumerFiling@adr.org
Fax: (877)304-8457